UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN JOB DELBOSQUE,<br><br>                Petitioner,<br><br>   v.<br><br>KAREN BRUNSON,<br><br>               Respondent. | Case No.  C06-5662RBL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 5th day of December, 2006.

                                      */S/J. Kelley Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge