1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

CRISTIAN DELBOSQUE,

                Petitioner,

12

        v.

13

KAREN BRUNSON,

14

                Respondent.

15

Case No. C06-5662RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

16
17
18
19

        The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold
United States Magistrate Judge, objections to the Report and Recommendation, if any, and the
remaining record, does hereby find and Order:

20

        (1)     The Court adopts the Report and Recommendation;

21

        (2)     The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND
                OR SUCCESSIVE PETITION.**

22
23

        (3)     The clerk is directed to send copies of this Order to Petitioner, counsel for respondent
                and to the Hon. J. Kelley Arnold **AND TO ADMINISTRATIVELY CLOSE THIS
                FILE.**

24

        DATED this 16th day of March, 2007.

25
26
27

                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE

28

ORDER - 1