# United States District Court

WESTERN DISTRICT OF WASHINGTON

CRISTIAN DELBOSQUE

v.

KAREN BRUNSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5662RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

the matter is therefore REMANDED to the administration for further consideration as directed in the report.

| | |
|---|---|
| March 19, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |